June 2, 2015



# JUDGMENT

## 𝔗𝔥𝔢 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 𝔆𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

PAUL STAMATIS, JR., AS INDEPENDENT EXECUTOR OF THE ESTATE OF PAUL STAMATIS, DECEASED, Appellant

NO. 14-14-00492-CV                              V.

METHODIST WILLOWBROOK HOSPITAL, THE METHODIST HEALTH CARE SYSTEM, DANIEL MAO, M.D., AND NEPTUNE EMERGENCY SERVICES, P.A., Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Methodist Willowbrook Hospital, the Methodist Health Care System, Daniel Mao, M.D., and Neptune Emergency Services, P.A., signed, May 23, 2014, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that all costs incurred by reason of this appeal be paid by appellees, Methodist Willowbrook Hospital, the Methodist Health Care System, Daniel Mao, M.D., and Neptune Emergency Services, P.A.

We further order this decision certified below for observance.